UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00043-1

**United States of America**

v.

**Johnny Lee Wickware**

## ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 143. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on counts one and two of the information. *Id*. at 2. Defendant waived his right to object to the magistrate judge's findings. *Id*.

The court hereby **accepts** the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Johnny Lee Wickware **guilty** of count one of the information, charging a violation of 21 U.S.C. § 846 – conspiracy to distribute and possess with intent to distribute cocaine and cocaine base, and count two of the information, charging a violation of 18 U.S.C. § 924(c) – use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime.

*So ordered by the court on May 3, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge